COPY

RECEIVED

2013 NOV 13 P 12: 40

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF C...

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SC

| | |
|---|---|
| BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.; and MAGNOLIA HI-FI, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNICOLOR SA (f/k/a THOMSON SA), TECHNICOLOR USA, INC. (f/k/a THOMSON CONSUMER ELECTRONICS, INC.), VIDEOCON INDUSTRIES, LTD., TECHNOLOGIES DISPLAYS AMERICAS LLC (f/k/a THOMSON DISPLAYS AMERICAS LLC), MITSUBISHI ELECTRIC CORPORATION; MITSUBISHI ELECTRIC VISUAL SOLUTIONS AMERICA, INC.; and MITSUBISHI ELECTRIC & ELECTRONICS USA, INC.,<br><br>Defendants. | Case No. CV-13 5264<br><br>[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' COMPLAINT |

This matter comes before the Court on the Administrative Motion to Seal Portions of Plaintiffs' Complaint ("Motion to Seal"). Having considered Plaintiffs' Motion to Seal, the Declaration of Jill S. Casselman in support thereof, and any additional declarations subsequently filed in support of the Motion to Seal, and good cause appearing therefore:

1

[PROPOSED] ORDER RE: MOTION TO FILE UNDER
SEAL PORTIONS OF PLAINTIFFS' COMPLAINT

60715393.1

The Court hereby GRANTS the motion to seal and orders that the portions of Plaintiffs' Complaint identified below are properly sealable and shall be sealed:

| |
|---|
| Portions of ¶¶154-155 |
| ¶156 |
| Portions of ¶¶158-159 |
| Portions of ¶161 |
| ¶¶251-252 |

IT IS SO ORDERED.

DATED: December 11, 2013

_____
UNITED STATES DISTRICT COURT JUDGE

2

[PROPOSED] ORDER RE: MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' COMPLAINT

60715393.1